PS8
(04/23)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Coyne, Chanise                                            Docket No. 26-20082-1

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW John Cynowa, Pretrial Services Officer Assistant, presenting an official report on defendant Chanise Coyne, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Kimberly G. Altman, sitting in the court at Detroit, Michigan, on February 26, 2026, under the following conditions:

1. Report as Directed to Pretrial Services
2. Surrender any passport, enhanced identification, or international travel documents immediately to the supervising officer as directed.
3. Not obtain a passport, enhanced identification, or any international travel documents.
4. Travel restricted to the Continental United States.
5. Avoid all contact, directly or indirectly, including but not limited to the victim or victim's immediate family.
6. Remove all firearms, destructive devices, or other dangerous weapons from the bond address and provide verification to the supervising officer within 48 hours of release.

      **Respectfully presenting petition for action of court and for cause as follows**:

Based on the nature of the instant alleged offense and information contained in the Indictment, Pretrial Services has assessed post-release the following additional condition of supervision is necessary to reasonably mitigate risk of danger to the community.

Assistant U.S. Attorney Andrew Yahkind, and defense counsel, John D. Dakmak, were notified of the proposed amendment on March 4, 2026. Assistant U.S. Attorney Andrew Yahkind and defense counsel, John D. Dakmak noted no objections.

**PRAYING THE COURT WILL ORDER THE FOLLOWING BOND MODIFICATION BE ADDED:**

7. Do not engage in, either directly or indirectly, any in person or online gambling.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2026

Respectfully,

/s/ John Cynowa

John Cynowa

U.S. Pretrial Services Officer Assistant

Place: Detroit, Michigan

Date: March 5, 2026

**THE COURT ORDERS:**

[ ]  No Action

[X]  Modification of Pretrial Conditions as Requested

[ ]  Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]  The Issuance of a Warrant [check one of the below]
    [ ]  Defendant to appear before the Judge assigned to the case
    [ ]  Defendant to appear before the Duty Magistrate Judge

[ ]  The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]  Other

ORDER OF COURT

Considered and ordered this __9th__ day of __March__, 20__26__ and ordered filed and made a part of the records in the above case.

___s/David M. Lawson___
United States District Judge David M. Lawson